| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | **IN THE** |
| | * | **COURT OF APPEALS** |
| **v.** | * | **OF MARYLAND** |
| | * | **Misc. Docket AG No. 11 September Term, 2021** |
| | * | |
| **ANDREW RYAN CORCORAN** | | **(No. 486230-V, Circuit** |
| | * | **Court for Montgomery County)** |

## ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Andrew Ryan Corcoran, to indefinitely suspend the Respondent from the practice of law with a right to petition for reinstatement in eighteen months for violations of Rules 1.1, 1.4, 1.15, 5.1, 5.3, and 8.4(a), (c) and (d) of the Maryland Attorneys' Rules of Professional Conduct and Maryland Rules 19-407 and 19-410, it is this 9th day of March, 2022

**ORDERED,** by the Court of Appeals of Maryland, that effective April 15, 2022, the Respondent, Andrew Ryan Corcoran, be indefinitely suspended from the practice of law with a right to petition for reinstatement after eighteen months; and it is further

**ORDERED**, that, on April 15, 2022, the Clerk of this Court shall strike the name of Andrew Ryan Corcoran from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Joseph M. Getty
Chief Judge

Suzanne C. Johnson, Clerk